IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| ANDRE BOLIN,<br>Register No. 502741,<br><br>        Plaintiff,<br><br>v.<br><br>C.O.I RUDE, et al.,<br><br>        Defendants. | No. 02-4245-CV-C-NKL |

## ORDER

On September 1, 2005, the United States Magistrate Judge recommended dismissing plaintiff's claims against defendant Mary Claeys. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that plaintiff's claims against defendant Mary Claeys are dismissed, pursuant to Fed. R. Civ. P. 4(m).

/s/ Nanette Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: 9-29-05
Jefferson City, Missouri